# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 14, 2012

No. 11-40792

Lyle W. Cayce
Clerk

SCOTTSDALE INSURANCE COMPANY.; OLD REPUBLIC LLOYDS OF TEXAS,

Plaintiffs–Appellants

v.

MT. HAWLEY INSURANCE COMPANY,

Defendant–Appellee

Appeal from the United States District Court
for the Southern District of Texas
(7:10-CV-58)

Before JONES, Chief Judge, and GARZA and PRADO, Circuit Judges.

PER CURIAM:[*]

After having reviewed the record, studied the briefs, and heard oral argument, and for essentially the reasons given by the district court in its order granting summary judgment to the Defendant–Appellee, we affirm.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.